ANNA E. RILEY, Infant, by Her Guardian ad Litem MARGARET RILEY, Respondent, v. CENTRAL N. Y. FREIGHTWAYS, INC., COMBINED CENTRAL FREIGHTWAYS, INC., ROBERT BOLLACKER, Appellants.— Motion to dismiss appeal denied upon the agreement made upon the argument of the motion. Motion by the defendants for an order requiring the plaintiff, Anna E. Riley, to appear in court upon the argument of the appeal so that the court might observe that the scar which plaintiff claims was a result of the accident is insignificant, denied. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.

MARGARET RILEY, Respondent, v. CENTRAL N. Y. FREIGHTWAYS, INC., COMBINED CENTRAL FREIGHTWAYS, INC., ROBERT BOLLACKER, Appellants.— Motion to dismiss appeal denied upon the agreement made upon the argument of the motion. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. CHARLES C. SPENCER, Alias ALBERT MONROE, Appellant, v. BLAKELY R. WEBSTER, as Superintendent of Dannemora State Hospital, Respondent.— Motion granted. The court's decision handed down June 22, 1938 [254 App. Div. 924], is amended so as to reverse the order appealed from, with costs to the appellant of fifty-eight dollars for a transcript of the stenographic record, and fifteen dollars disbursements for printing of brief. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.

HOWARD T. HEALD, Respondent, v. JEWEL TEA COMPANY, INC., Appellant.— Motion for leave to appeal to the Court of Appeals denied. Stay is modified by continuing it to the time application is made to the Court of Appeals, if such application is made at the next term. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.

In the Matter of the Claim of MIKE MAZOREK, Respondent, against ROCHESTER SMELTING & REFINING Co. and AMERICAN MUTUAL LIABILITY INSURANCE COMPANY, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.

In the Matter of the Claim of JOHN J. RUSIN, Respondent, against CONSOLIDATED AIRCRAFT CORP. and ÆTNA LIFE INSURANCE COMPANY, Appellants, and AUTO WHEEL COASTER CO., INC., and AMERICAN MUTUAL LIABILITY INSURANCE Co., Respondents. STATE INDUSTRIAL BOARD, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.

In the Matter of the Claim of AMELIA HUBER, Respondent, against EAGLE STATIONERY CORPORATION and EMPLOYERS' LIABILITY ASSURANCE CORPORATION, LTD., Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Attention is called to the failure to comply with rule 16 of this court. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.

In the Matter of the Claim of LOUIS TURKISH, Respondent, against TRUE HEALTH BAKERY and BANKERS INDEMNITY INSURANCE Co., Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Attention is called to the failure to comply with rule 16 of this court. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.